NO SUPREME COURT OPINIONS TODAY

MAY 14, 2026